UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-24365-DPG

SERGHEI BIRLADEANU,

    Plaintiff,

vs.

1 WASHINGTON AVENUE CORP.,

    Defendant.

_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

**COMES NOW** the undersigned counsel for Plaintiff, Serghei Birladeanu, and respectfully moves this Court for entry of an Order granting withdrawal as counsel for Plaintiff pursuant to Local Rule 11.1(d)(3) and in support states as follows:

1. Florida Bar Rule 4-1.16 allows an attorney to withdraw from representing a client in certain circumstances, including where "withdrawal can be accomplished without material adverse effect on the interests of the client . . . or other good cause for withdrawal exists." R. Regulating Fla. Bar 4-1.16(b). However, the United States District Court for the Southern District of Florida Local Rule 11.1(D)(3) makes clear that "[n]o attorney shall withdraw the attorney's appearance in any action or proceeding except by leave of court after notice served on the attorney's client and opposing counsel."

2. Here, good cause exists for withdrawing as the Plaintiff refuses to communicate or cooperate with counsel in completing the discovery request.

3. Furthermore, neither of the Parties will be prejudiced by the withdrawal as the deadline to complete discovery has not expired, and neither party has conducted depositions nor responded to written discovery.

4. The undersigned counsel has repeatedly attempted to communicate with the Plaintiff regarding discovery obligations in this matter and has provided notice of the motion to withdraw not only to the Plaintiff but also to his emergency contact and family. Notably, the emergency contact has confirmed communication with the Plaintiff and that counsel's notice has been provided to the Plaintiff.

5. Despite diligent efforts, counsel has been unable to reach the Plaintiff to obtain responses to pending discovery requests necessary for prosecuting this case.

6. Plaintiff's failure to respond has made it unreasonably difficult for counsel to carry out further representation in compliance with the applicable rules of professional conduct and obligations to the Court.

7. Withdrawal at this stage will not unduly prejudice any party, as the case remains in the discovery phase.

8. Plaintiff's last known address is 31 SE 6th Street, Apt 1002, Miami, FL 33131

9. Plaintiff's last known phone number is (347) 267-4637.

**CERTIFICATE OF CONFERRAL WITH OPPOSING COUNSEL**

10. Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that a reasonable effort was made to confer with opposing counsel, and Defendant does not oppose this motion.

**WHEREFORE**, the undersigned counsel respectfully requests that this Court enter an Order granting this Motion to Withdraw and relieving the undersigned as counsel of record for Plaintiff.

Dated: March 10, 2025

Respectfully submitted:

/s/ Alberto Naranjo
Alberto Naranjo
Florida Bar No. 92923
an@anlawfirm.com
7900 Oak Lane #400
Miami Lakes, FL 33016
(305) 942-8070
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was served upon the Defendants via the Florida Courts E-Filing Portal on this date. Additionally, this document is being served to Plaintiff via email and U.S. Mail as of this date.

/s/ Alberto Naranjo
Alberto Naranjo
Florida Bar No. 92923
an@anlawfirm.com
7900 Oak Lane #400
Miami Lakes, FL 33016
(305) 942-8070
*Attorney for Plaintiff*
